# LLOYD & MOUSILLI

ATTORNEYS AND COUNSELORS AT LAW

**Lema Barazi**
713.306.4650
lema@lloydmousilli.com

April 24, 2023

**_Via Electronic Filing Manager_**
Hon. Andrew M. Edison, Magistrate Judge
United States District Court
Southern District of Texas
601 Rosenburg St., 7th Floor
Galveston, Texas 77550

**Re:** **_Wealth Assistants LLC, Plaintiff v. Bank of America, N.A., Defendant_**; In the United States District Court for the Southern District of Texas, Houston Division; Civil Case No. 4:23-CV-00216-GCH

Dear Judge Edison:

Plaintiff's counsel provides this letter pursuant to this Court's Order to Establish Diversity Jurisdiction. Dkt. 17. As requested, below are the citizenship details of each member of the limited liability entities involved.

Plaintiff, Wealth Assistants LLC has two members, each holding a 50% interest in the entity. The two members are WWKB LLC and Dreams to Reality LLC.

WWKB LLC has two equal members, Max Day, who resides at 18210 Farnsfield Drive, Houston, TX 77084, and Michael Day, who resides at 25010 Ginger Ranch Drive, Katy, TX 77494.

Dreams To Reality LLC has one member, Ryan Carroll, who resides at 650 NE 32nd St, Unit 3207, Miami, FL 33137.

To summarize, the citizenships of the members of the involved limited liability entities are as follows: Max Day and Michael Day, both citizens of Texas, and Ryan Carroll, a citizen of Florida. Given that all persons on the Plaintiff's side are of different citizenship from Defendant, complete diversity exists, as required under 28 U.S.C. § 1332(a).

Sincerely,

Lloyd & Mousilli, PLLC
Attorneys at Law

Lema Barazi for the Firm